No. 96–8624 (A–728).  BROWN *v.* CAIN, WARDEN, ET AL.  C. A. 5th Cir.  Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied.  Certiorari denied.

APRIL 28, 1997

No. 96–8081.  ALLEN *v.* OKLAHOMA.  Ct. Crim. App. Okla. Motion of petitioner for leave to proceed *in forma pauperis* granted.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Cooper* v. *Oklahoma,* 517 U. S. 348 (1996).

No. D–1768.  IN RE DISBARMENT OF KAUFMAN.  Disbarment entered.  [For earlier order herein, see 519 U. S. 1104.]

No. D–1770.  IN RE DISBARMENT OF HENRY.  Disbarment entered.  [For earlier order herein, see 519 U. S. 1104.]

No. D–1773.  IN RE DISBARMENT OF TAKACS.  Disbarment entered.  [For earlier order herein, see 519 U. S. 1105.]

No. D–1775.  IN RE DISBARMENT OF WEISMAN.  Disbarment entered.  [For earlier order herein, see 519 U. S. 1105.]

No. D–1780.  IN RE DISBARMENT OF MAZZEI.  Disbarment entered.  [For earlier order herein, see 519 U. S. 1146.]

No. D–1781.  IN RE DISBARMENT OF HAMILTON.  Disbarment entered.  [For earlier order herein, see 519 U. S. 1146.]

No. D–1785.  IN RE DISBARMENT OF MUHAMMAD.  Disbarment entered.  [For earlier order herein, see 519 U. S. 1147.]

No. 96–1366.  IN RE JOHNSON ET AL.  Petition for writ of mandamus denied.

No. 96–1060.  MILLER *v.* ALBRIGHT, SECRETARY OF STATE. C. A. D. C. Cir.  Certiorari granted.